| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2018** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jordan, Robert L. | 2. Court or Organization<br><br>District Court - E.D. Tenn. | 3. Date of Report<br><br>10/09/2019 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>800 Market Street<br>Suite 141<br>Knoxville, TN 37902 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 10/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Tennessee Consolidated Retirement System Judicial Retirement | $15,709.92 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 10/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T Inc. | A | Dividend | J | T | | | | | |
| 2. BB&T | D | Dividend | N | T | | | | | |
| 3. BP PLC | A | Dividend | J | T | | | | | |
| 4. Comcast | A | Dividend | K | T | | | | | |
| 5. DowDuPont Inc. | A | Dividend | K | T | | | | | |
| 6. Dell | | None | J | T | | | | | |
| 7. First Horizon | B | Dividend | L | T | | | | | |
| 8. General Electric | A | Dividend | K | T | | | | | |
| 9. IBM | A | Dividend | J | T | | | | | |
| 10. Lumentum Holdings, Inc. | | None | K | T | | | | | |
| 11. Viavi Solutions, Inc. | | None | J | T | | | | | |
| 12. John Hancock Small Cap | | None | K | T | | | | | |
| 13. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 14. Medtronic PLC | A | Dividend | K | T | | | | | |
| 15. NASDQ - 100 | | None | J | T | | | | | |
| 16. Pfizer | A | Dividend | K | T | | | | | |
| 17. Putnam Global Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 10/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Guggenheim StylePlus Large Core - A | C | Dividend | J | T | | | | | |
| 19. Sun Trust Bank | E | Dividend | P1 | T | | | | | |
| 20. Twin Cities Financial, Inc. | A | Dividend | K | T | | | | | |
| 21. Cohen & Steers Select Infrastructure | A | Dividend | K | T | | | | | |
| 22. Vanguard Growth Index Fund | B | Dividend | M | T | | | | | |
| 23. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 24. Vanguard Mid Cap Index Fund | C | Dividend | M | T | | | | | |
| 25. Vanguard Small Cap Value Fund | C | Dividend | M | T | | | | | |
| 26. Vanguard Health Care Fund | B | Dividend | M | T | | | | | |
| 27. INTEREST, CDS, SAVINGS, ETC. | | | | | | | | | |
| 28. Regions Bank | A | Interest | L | T | | | | | |
| 29. Citizens Bank of Blount County | A | Interest | J | T | | | | | |
| 30. First Tennessee | C | Interest | N | T | | | | | |
| 31. Home Federal | A | Interest | J | T | | | | | |
| 32. SunTrust | C | Interest | N | T | | | | | |
| 33. Pinnacle | C | Interest | N | T | | | | | |
| 34. FirstBank | D | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 10/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Vanguard Int'l Value Fund | B | Dividend | L | T | | | | | |
| 37. Vanguard Prime Cap Core Fund | B | Dividend | M | T | | | | | |
| 38. Atmos Energy | B | Dividend | K | T | | | | | |
| 39. | | | | | | | | | |
| 40. Merrill Lynch Custodian IRA | | | | | | | | | |
| 41. - Regions Bank | A | Dividend | J | T | | | | | |
| 42. - General Electric | A | Dividend | K | T | Sold (part) | 12/10/18 | J | | Self (line 8) |
| 43. - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 44. - Bank of America | A | Interest | J | T | | | | | |
| 45. - PerkinElmer | A | Dividend | K | T | | | | | |
| 46. - Sun Trust Bank | A | Dividend | J | T | | | | | |
| 47. - Tanger Factory Outlet | B | Dividend | K | T | | | | | |
| 48. - Microsoft Corp. | A | Dividend | L | T | | | | | |
| 49. - Ingersoll-Rand | A | Dividend | K | T | | | | | |
| 50. - Medtronic PLC | A | Dividend | K | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 10/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DEFERRED COMPENSATION - STATE OF TENNESSEE | | | | | | | | | |
| 53. - Plan I - 457 | | | | | | | | | |
| 54. Fidelity Puritan Fund | B | Distribution | K | T | | | | | |
| 55. Fidelity International Discovery | B | Distribution | K | T | | | | | |
| 56. Fidelity OTC Portfolio | B | Distribution | L | T | | | | | |
| 57. Fidelity Contrafund | B | Distribution | L | T | | | | | |
| 58. Nationwide Bank Account | B | Distribution | | | Sold | 12/14/18 | K | | |
| 59. Voya Fixed Fund | | None | K | T | Buy | 12/14/18 | K | | |
| 60. - Plan II - 401K | | | | | | | | | |
| 61. Nationwide Bank Account | A | Distribution | | | Sold | 12/14/18 | J | | |
| 62. Voya VP Growth and Income | D | Distribution | M | T | | | | | |
| 63. Vanguard Institutional Index Fund | E | Distribution | | | Sold | 12/14/18 | L | | |
| 64. Vanguard Institutional Index Fund Institutional Plus | | None | L | T | Buy | 12/14/18 | L | | |
| 65. Voya Fixed Fund | | None | J | T | Buy | 12/14/18 | J | | |
| 66. | | | | | | | | | |
| 67. Ingersoll-Rand | A | Dividend | K | T | | | | | |
| 68. Verizon Communications | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 10/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TN Valley Fin. Hldr. Inc. | A | Dividend | J | T | | | | | |
| 70. Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 71. TE Connectivity | A | Dividend | J | T | | | | | |
| 72. Vanguard REIT | B | Dividend | K | T | | | | | |
| 73. DEERE CO. | A | Dividend | K | T | | | | | |
| 74. Foothills B&T | D | Interest | N | T | | | | | |
| 75. Alcoa FCU | A | Interest | J | T | | | | | |
| 76. Home Depot | A | Dividend | K | T | | | | | |
| 77. Cisco Sys | A | Dividend | K | T | | | | | |
| 78. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 79. TN Engy. Bond | A | Interest | K | T | | | | | |
| 80. Monsanto | A | Dividend | | | Sold | 06/07/18 | K | E | |
| 81. Exxon-Mobil | A | Dividend | K | T | Buy (add'l) | 11/30/18 | K | | |
| 82. Genl-Dyn | A | Dividend | K | T | | | | | |
| 83. Merck | A | Dividend | J | T | | | | | |
| 84. Kroger | A | Dividend | K | T | | | | | |
| 85. Virtus Inv. Ptrs. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 10/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 87. Johnson Controls | A | Dividend | J | T | | | | | |
| 88. Boeing Co. | A | Dividend | K | T | | | | | |
| 89. TN ENG ACQ CRP | B | Interest | L | T | | | | | |
| 90. Texas Inst. | A | Dividend | K | T | | | | | |
| 91. Pentair Ltd. | A | Dividend | J | T | | | | | |
| 92. Renasant Bank | D | Interest | N | T | | | | | |
| 93. The Mosaic Co. | A | Dividend | J | T | | | | | |
| 94. AIG | A | Dividend | J | T | | | | | |
| 95. Stewart County, Tennessee, Bonds - G.O. (General Obligation) Pub. | B | Interest | K | T | | | | | |
| 96. Mallinckrodt PLC | | None | J | T | | | | | |
| 97. Allegion | A | Dividend | J | T | | | | | |
| 98. Weyerhaeuser | A | Dividend | J | T | | | | | |
| 99. Walgreen Co. | A | Dividend | K | T | | | | | |
| 100. ESC Seventy-Seven (formerly Seventy-Seven Energy, Inc.) | | None | J | T | | | | | |
| 101. Merrill Lynch CMA Money Fund | A | Interest | M | T | | | | | |
| 102. Ford Motor Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 10/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Adient PLC | A | Dividend | J | T | | | | | |
| 104.  Hess Corp. | A | Dividend | K | T | | | | | |
| 105.  Tanger Factory Outlet | A | Dividend | J | T | | | | | |
| 106.  United Tech. Corp. | A | Dividend | K | T | Buy | 11/30/18 | K | | |
| 107.  Simmons Bank CD | C | Interest | N | T | Buy | 05/26/18 | N | | |
| 108.  nVent Electric PLC | D | Dividend | J | T | Spinoff (from line 91) | 04/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 10/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert L. Jordan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544